UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:26 MJ 3201 NCC |
| JERMAINE JEFFRIES, | ) | |
| Defendant. | ) | |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

The United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Nichole E. Frankenberg, Assistant United States Attorney for said District, moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged by complaint with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), an offense carrying a maximum of 15 years' imprisonment.

The Nature and Circumstances of the Offense

2. Pursuant to Title 18, United States Code, Section 3142(g)(1), the nature and circumstances of the charged offenses warrant pre-trial detention. On August 6, 2026, officers initiated a homicide investigation after two people were located in a residence in Jefferson County having been shot. Both victims later died as a result of their injuries. A search of one of the victim's cellular phones indicated that prior to his death, he had contact with a number

determined to belong to Defendant. Analysis of Defendant's cellular telephone data places the device in the general vicinity of the victim's residence during the time officers believe the homicides occurred.

On August 8, 2026, law enforcement agents executed a search warrant on Defendant's residence. A firearm was located underneath the mattress in the Defendant's bedroom. Officers also located approximately $5,000 in cash. After being advised of his *Miranda* rights, the Defendant admitted possessing and handling the firearm. As to the homicide investigation, Defendant admitted to being at the victim's residence earlier in the day, leaving to obtain marijuana to sell to the victims, and later returning to the home.

On August 12, 2026, the Defendant was charged in State court with the above-described criminal conduct. Police arrived to execute the arrest warrant on August 13, 2026, and located the Defendant in his residence. Officers observed a suitcase in the Defendants bedroom, next to his bed, along with several stacks of folded clothing.

<u>The Weight of the Evidence</u>

3. Pursuant to Title 18, United States Code, Section 3142(g)(2), the weight of evidence, as set out in the Affidavit in Support of a Criminal Complaint, supports pre-trial detention. The Defendant is a felon and was in possession of a loaded firearm.

<u>Defendant's History and Characteristics</u>

4. Pursuant to Title 18, United States Code, Section 3142(g)(3), Defendant's criminal history includes a 1995 conviction for Assault With Intent to Rob While Armed in the 30th Circuit Court (Michigan), Case No: 9569268FC. JEFFRIES was sentenced to serve 6 to 20 years' imprisonment.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Nichole E. Frankenberg*
NICHOLE E. FRANKENBERG, #61126MO
Assistant United States Attorney